IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| VAUGHN SPENCER | : | No. 17-391-1 |

**<u>ORDER</u>**

AND NOW, this 12th day of March, 2019, upon agreement of all parties it is ORDERED the sentencing scheduled for March 15, 2019, is CONTINUED to April 24, 2019, at 9:00 a.m. in Courtroom 14B.

BY THE COURT:

/s/   Juan R. Sánchez
Juan R. Sánchez, C.J.